**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MORGAN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>DAVIS R. CHANT ASSOCIATES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:26-cv-02123<br><br>(SAPORITO, J.) |

# ORDER

AND NOW, this 20th day of October, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The defendant's motion to dismiss (Doc. 4) is **DENIED without prejudice**; and

2. The defendant shall file and serve its answer **within fourteen (14) days** after entry of this order, *see* Fed. R. Civ. P. 12(a)(4)(A).

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge